Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL SNIDER,<br><br>Defendant. | CASE NO. CIV-F-04-5905 REC DLB<br><br>Hon. Robert E. Coyle<br><br>**ORDER DISMISSING DEFENDANT MICHAEL SNIDER AND RETAINING JURISDICTION** |

**ORDER**

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant MICHAEL SNIDER and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1)  Defendant MICHAEL SNIDER is hereby dismissed from this action without prejudice;

(2)  Each of said parties to bear its/his own costs and attorney's fees; and

(3)  The Court shall retain jurisdiction over DIRECTV and Defendant

MICHAEL SNIDER to enforce the terms described above of the Settlement Agreement between those parties dated May 5, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: 6/29/05

/s/ROBERT E. COYLE
Honorable Robert E. Coyle
Judge of the United States District Court
Eastern District of California